UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROOR INTERNATIONAL BV and
SREAM, INC.,

      Plaintiffs,

v.                            Case No.:  2:19-cv-78-SPC-KCD

UNITED PETRO IX, INC. and
MATIAR RAHAMAN,

        Defendants.

_____/

## ORDER

Before the Court is Plaintiffs' Motion for Writ of Garnishment. (Doc. 26.) Five years ago, the Court entered a judgment against Defendants in the amount of $15,631.77. (Doc. 24.) Plaintiffs now seeks to attach a financial account believed to belong to Defendants.

Federal Rule of Civil Procedure 69 provides that "[a] money judgment is enforced by a writ of execution, unless the court directs otherwise." *Id.* The procedure for writs of execution is governed by state law. *Id.* Florida law provides that a judgment creditor may request the clerk of court to issue a writ of garnishment to satisfy a judgment. Fla. Stat. § 77.01. Florida law also provides that a judgment against a debtor may be levied on tangible or intangible personal property held by a garnishee. *Id.* Plaintiffs have complied

with the statutory prerequisites for obtaining the writ they seek. Thus, the Court will direct the Clerk to issue the proposed writ of garnishment.

Accordingly, it is **ORDERED**:

1.    Plaintiffs' Motion for Writ of Garnishment (Doc. 26) is **GRANTED**.

2.    The Clerk is directed to issue the proposed writ (Doc. 26-1).

**ENTERED** in Fort Myers, Florida on December 11, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record