UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROOR INTERNATIONAL BV, and
SREAM, INC.,

    Plaintiffs,

v.                                    Case No.:  2:19-cv-78-SPC-KCD

UNITED PETRO IX, INC. and
MATIAR RAHAMAN,

    Defendants,

v.

JP MORGAN CHASE BANK, N.A.,

    Garnishee.
                                 /

## ORDER

    Before the Court is Plaintiffs Roor International, BV and Sream, Inc.'s Notice of Voluntary Dismissal Without Prejudice Against Garnishee JP Morgan Chase Bank, N.A. (Doc. 34). Plaintiffs state that they voluntarily dismiss the Writ of Garnishment against Garnishee JP Morgan Chase Bank, N.A. issued by the Court on December 13, 2024 (Doc. 29) without prejudice, as to any accounts in the names of Matiar Rahaman, Abida Sultana, and/or United Petro IX, Inc. *See* Fla. Stat. § 77.07 (dissolution of writ).

    Accordingly, it is now

**ORDERED:**

Based on Plaintiffs' voluntary dismissal, the Writ of Garnishment against Garnishee JP Morgan Chase Bank, N.A. issued by the Court on December 13, 2024 (Doc. 29) is dissolved, as to any accounts in the names of Matiar Rahaman, Abida Sultana, and/or United Petro IX, Inc. Garnishee is discharged from further liability under the writ.

**DONE** and **ORDERED** in Fort Myers, Florida on February 14, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record